UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS | § | NO. SA:15-CR-00270-(2)-FB |
| | § | |
| CARLOS BACA | § | |

## ORDER

On this date came to be considered Defendant's Motion for Early Termination from Probation. After consideration of same, the Court is of this opinion that said Motion is hereby

GRANTED (DENIED)  *Still owes restitution*

IT IS HEREBY FURTHER ORDERED THAT: _FB_

SIGNED and ENTERED on this the 6a day of October, 2017.

_____
U.S. DISTRICT JUDGE

FILED OCT 0 6 2017 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK