# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | NO. SA:15-CR-00270-(2)-FB |
| | § | |
| CARLOS BACA | § | |

## ORDER

On this date came to be considered Defendant's Motion for Early Termination from Probation. After consideration of same, the Court is of this opinion that said Motion is hereby

GRANTED  (DENIED)

IT IS HEREBY FURTHER ORDERED THAT: Defendant may be granted latitude by probation to travel outside the U.S.

SIGNED and ENTERED on this the 23rd day of April, 2018.

U.S. DISTRICT JUDGE